DOUGLAS P. HALL, CONSERVATOR (ESTATE OF JULIE P. REVSON) *v.* TOWN OF WESTON

The motion by the plaintiff that this court "Review an Order Terminating A Stay of Execution" in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*L. Paul Sullivan,* in support of the motion.

*Bernard Glazer,* in opposition.

Submitted March 24—decided April 8, 1971

IN RE APPEAL OF JACQUELYN KINDIS ET AL.

The motion by the plaintiff Sylvia Kindis with respect to filing her brief and appendix in the appeal from the Superior Court in New Haven County is granted subject to compliance with the remaining provisions of § 723 of the Practice Book.

*Steven P. Floman,* in support of the motion.

Submitted April 14—decided April 20, 1971

DOUGLAS P. HALL, CONSERVATOR (ESTATE OF JULIE P. REVSON) *v.* TOWN OF WESTON

The plaintiff's "Motion to the Supreme Court to Reconsider its Order of April 8, 1971, Denying the Plaintiff's Motion to Review an Order Terminating a Stay of Execution" in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*L. Paul Sullivan,* in support of the motion.

Submitted April 15—decided April 20, 1971